## Lee Charles LEWIS *v.* STATE of Arkansas

CR 01-1327                                              66 S.W.3d 644

Supreme Court of Arkansas
Opinion delivered February 14, 2002

*John F. Gibson, Jr.*, for appellant.

No response.

PER CURIAM. Appellant Lee Charles Lewis, by and through his attorney, John F. Gibson, Jr., has filed a motion for rule on clerk. Attorney, John F. Gibson, Jr., states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.